Veronica M. Gray (CA 72572)
vgray@nossaman.com
Amber M. Grayhorse (CA 229059)
agrayhorse@nossaman.com
NOSSAMAN LLP
18101 Von Karman Ave., Suite 1800
Irvine, California  92612
Telephone:   (949) 833-7800
Facsimile:    (949) 833-7878

Lori J. Searcy (VA 45007)
lori@searcy-law.com
SEARCY BUSINESS LITIGATION &
EMPLOYMENT LAW, LLC
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone:   (703) 644-4122
Facsimile:    (888) 664-4122
*Attorneys for Plaintiff*
*Indymac Resources, Inc.*

Steven W Blake (CA 235502)
sblake@galuppolaw.com
GALUPPO AND BLECHSCHMIDT APLC
2792 Gateway Road Suite 102
Carlsbad, CA 92009
Telephone: 760-431-4575
Facsimile: 760-431-4579
*Attorney for Defendant Craig Cross*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDYMAC RESOURCES, INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>CRAIG CROSS, an individual,<br><br>            Defendant. | Case No:   SACV 12-00029 DOC (MLGx)<br><br>[Assigned to Hon. David O. Carter]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:   January 6, 2012<br>Trial Date:            July 9, 2013 |

1  **IT IS HEREBY ORDERED** that the above-captioned case is dismissed with
2  prejudice as to all claims, with the parties to bear their own costs and attorneys' fees.
3
4  **IT IS SO ORDERED:**
5
6  Dated:  November 14, 2012    _____
7                                Hon. David O. Carter
                                  United States District Judge

1