Veronica M. Gray (CA 72572)
vgray@nossaman.com
Amber M. Grayhorse (CA 229059)
agrayhorse@nossaman.com
NOSSAMAN LLP
18101 Von Karman Ave., Suite 1800
Irvine, California  92612
Telephone:   (949) 833-7800
Facsimile:    (949) 833-7878

Lori J. Searcy (VA 45007)
lori@searcy-law.com
SEARCY BUSINESS LITIGATION &
EMPLOYMENT LAW, LLC
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone:   (703) 644-4122
Facsimile:    (888) 664-4122
*Attorneys for Plaintiff*
*Indymac Resources, Inc.*

Steven W Blake (CA 235502)
sblake@galuppolaw.com
GALUPPO AND BLECHSCHMIDT APLC
2792 Gateway Road Suite 102
Carlsbad, CA 92009
Telephone: 760-431-4575
Facsimile: 760-431-4579
*Attorney for Defendant Craig Cross*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDYMAC RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRAIG CROSS, an individual, <br><br> Defendant. | Case No:   SACV 12-00029 DOC (MLGx) <br><br> [Assigned to Hon. David O. Carter] <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Complaint Filed:   January 6, 2012 <br> Trial Date:          July 9, 2013 |

1     **IT IS HEREBY ORDERED** that the above-captioned case is dismissed with
2 prejudice as to all claims, with the parties to bear their own costs and attorneys' fees.

4 **IT IS SO ORDERED:**

6 Dated: November 14, 2012      _____
                                                                   Hon. David O. Carter
                                                                   United States District Judge